# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3204

_____

S.T.,

    Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

January 5, 2026

PER CURIAM.

    DISMISSED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

S.T., pro se, Petitioner.

Sarah J. Rumph, Children's Legal Services, Tallahassee for Respondent; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Jaime Michelle Generazzo, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.